(May 9, 1969)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES JENKINS, Appellant, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant shall, on or before July 3, 1969, surrender himself to the New York State Board of Parole and submit himself to the jurisdiction of the court, in which event motion denied. (See *People* v. *Del Rio*, 14 N Y 2d 165, 169, cert. den. 379 U. S. 939; *People ex rel. Erhardt* v. *Foster*, 299 N. Y. 628; *People ex rel. Hamilton* v. *Police Comr. City of New York*, 185 N. Y. 594.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Cooke, JJ., concur.